```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    HAROLD PARNES, *et al.*,

                                  Plaintiffs,                1:24-cv-1729-GHW

              -against-                                      ORDER

    MEDTRONIC, INC., *et al.*,

                                  Defendants.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       This action was removed from the Supreme Court of the State of New York, County of New York, on March 6, 2024. Dkt. No. 1. First, pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than March 20, 2024. Second, counsel for Plaintiffs is directed to promptly file a notice of appearance in this case. Third, Plaintiffs are directed to file an amended complaint that complies with Fed. R. Civ. P. 8(a) no later than April 15, 2024. Defendants are not required to answer or otherwise respond to the summons at Dkt. No. 1-1. The deadline for Defendants to answer or otherwise respond to the amended complaint described above is within 21 days of service. Finally, Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

       SO ORDERED.

Dated: March 9, 2024
       New York, New York

                                                            GREGORY H. WOODS
                                                    United States District Judge