USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
HAROLD PARNES, *et al.*, :
:
                          Plaintiffs, :     1:24-cv-1729-GHW
:
        -v — :     <u>ORDER</u>
:
MEDTRONIC, INC., *et al.*, :
                         Defendants. :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

    On March 20, 2024, counsel for Plaintiffs filed a motion to withdraw as counsel. Dkt. No. 16. The Court will hold a conference with respect to counsel's motion to withdraw on April 9, 2024 at 3:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. Plaintiffs Harold and Cindy Parnes must personally appear at the conference.

    SO ORDERED.

Dated:  March 25, 2024
           New York, New York

                                                                    _____
                                                                       GREGORY H. WOODS
                                                               United States District Judge