```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
HAROLD PARNES, et al.,                                              :
                                                                    :
                                            Plaintiffs,             :   1:24-cv-1729-GHW
                                                                    :
                   -v -                                             :       ORDER
                                                                    :
MEDTRONIC, INC., et al.,                                            :
                                                                    :
                                            Defendants.             :
                                                                    :
------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2024

GREGORY H. WOODS, United States District Judge:

As discussed at the April 9, 2024 conference, Plaintiffs' counsel's motion to withdraw is GRANTED. Also as discussed, it is hereby ORDERED that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (60) days of the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and Dismissal. Otherwise, within such time Plaintiffs may apply by letter for restoration of the action to the active calendar of this Court in the event that Plaintiffs obtain counsel or choose to proceed with this case pro se. Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event that Plaintiffs have not requested restoration of the case to the active calendar within such 60-day period.

The Clerk of Court is further directed to:

- terminate all pending motions;

- adjourn all remaining dates;

- terminate attorneys Evan Torgan and Jonathan Tabar from the list of active counsel in this case;

- mail a copy of this order to Plaintiffs; and

- close this case.

SO ORDERED.

Dated: April 9, 2024
      New York, New York

_____
GREGORY H. WOODS
United States District Judge